IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROBERT H. MITCHELL, JR.,
AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF ROBERT H. MITCHELL,

     Appellant,

 v.                                                                        Case No.  5D17-1585

JOHN E. LEMIEUX, INDIVIDUALLY,
AS PERSONAL REPRESENTATIVE
OF THE ESTATE OF CURTIS F. MITCHELL
AND AS TRUSTEE OF THE CURTIS F.
MITCHELL LIVING TRUST, RICHARD F.
MITCHELL AND JANET MITCHELL WILSON,

     Appellees.

_____/

Opinion filed August 10, 2018

Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Michael Kangas, of BaumannKangas
Estate Law, Tampa, for Appellant.

Patrick A. McGee, of McGee & Powers,
P.A., Orlando, for Appellee, John E.
Lemieux, Individually, as Personal
Representative of the Estate of Curtis F.
Mitchell and as Trustee of the Curtis F.
Mitchell Living Trust.

No Appearance for other Appellees.

PER CURIAM.

AFFIRMED. <u>See</u> <u>Richardson v. Everbank</u>, 152 So. 3d 1282, 1287-88 (Fla. 4th DCA 2015) (holding appellate court cannot reweigh evidence considered by trial court; instead, appellate court can only decide whether competent, substantial evidence exists to support trial court's decision).

PALMER and ORFINGER, JJ., and MUNYON, L.T., Associate Judge, concur.